UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATERINA GEORGIOU, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>HARMON STORES, INC.,<br><br>          Defendant. | Case No. 2:22-cv-02861-BMC<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Defendant Harmon Stores, Inc. The undersigned counsel is admitted to practice in this Court. Please serve all papers related to this action on the undersigned.

Dated:  May 24, 2022

                   Respectfully submitted,

                   */s/ Jeffrey H. Ruzal*
                   Jeffrey H. Ruzal
                   Epstein, Becker & Green, P.C.
                   875 Third Avenue
                   New York, New York 10022
                   Tel: (212) 351-4500
                   Fax: (212) 878-8600
                   jruzal@ebglaw.com

                   *Attorneys for Defendant*
                   *Harmon Stores, Inc.*