UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KATERINA GEORGIOU, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HARMON STORES, INC.,

Defendant.

Case No. 2:22-cv-02861-BMC

**NOTICE OF
MOTION TO DISMISS**

**Oral Argument Requested**

**PLEASE TAKE NOTICE** that Defendant Harmon Stores, Inc. ("Harmon"), relying upon the accompanying Memorandum of Law, Declaration of Jeffrey H. Ruzal, Esq. and the exhibits annexed thereto, and all of the pleadings and proceedings had herein, through their counsel, Epstein Becker & Green, P.C., will move this Court, before the Honorable Judge Brian M. Cogan, United States District Judge for the Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, NY 11201 for an Order, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff Katerina Georgiou's Complaint.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Judge Cogan issued on June 29, 2022, opposing papers, if any, are due on July 27, 2022, and reply papers, if any, are due on August 3, 2022.

**WHEREFORE**, Harmon respectfully requests that the Court grant its Motion to Dismiss the Complaint with prejudice, and grant any other relief the Court deems to be just and proper.

New York, New York
July 13, 2022

EPSTEIN BECKER & GREEN, P.C.

By: /s/ *Jeffrey H. Ruzal*

Jeffrey H. Ruzal
875 Third Avenue
New York, New York 10022
Tel: 212.351.4500
Fax: 212.878.8600
jruzal@ebglaw.com

Francesco A. DeLuca
125 High Street, Suite 2114
Boston, Massachusetts 02110
Tel: 617.603.1100
Fax: 617.249.1573
fdeluca@ebglaw.com

*Attorneys for Defendant Harmon Stores, Inc.*