

Steven J. Moser
631-824-0200
steven.moser@moserlawfirm.com

July 19, 2022

VIA ECF

Honorable Brian M. Cogan, USDJ
United States District Court
Eastern District of New York
Brooklyn, New York 11201

Re: *Georgiou v. Harmon Stores, Inc.,* 22-cv-2861
*Hess v. Bed Bath & Beyond, Inc.,* 21-cv-4099

Dear Judge Cogan:

Annexed please find a courtesy copy of a letter submitted today in the case of *Hess v. Bed Bath & Beyond, Inc.*

Respectfully Submitted,

*Steven J. Moser*
Steven J. Moser