# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Katerina Georgiou, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-02861-BMC |
| Harmon Stores, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Katerina Georgiou, and all others similarly situated .

Date: 07/27/2022

*/s/ Brett R. Cohen*
*Attorney's signature*

Brett R. Cohen (BC8916)
*Printed name and bar number*

Leeds Brown Law, P.C.
One Old Country Road, Suite 347
Carle Place, New York 11514
*Address*

bcohen@leedsbrownlaw.com
*E-mail address*

(516) 873-9550
*Telephone number*

(516) 747-5024
*FAX number*