UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KATERINA GEORGIOU, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HARMON STORES, INC.,

Defendant.

**CIVIL CASE MANAGEMENT PLAN**

Case No. 2:22-cv-02861-BMC

---

**COGAN**, District Judge

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Federal Rules of Civil Procedure 16 and 26(f).

**A.** The case is to be tried to a jury.

**B.** Non-Expert Discovery:

1. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Eastern District of New York. All non-expert discovery is to be completed by 10/31/23, which date shall not be adjourned except upon a showing of good cause and further order of the Court. Interim deadlines for specific discovery activities may be extended by the parties on consent without application to the Court, provided the parties are certain that they can meet the discovery completion date.

2.      Joinder of additional parties must be accomplished by March 20, 2023.

3.      Amended pleadings may be filed without leave of the Court until March 20, 2023.

**C.**   For all causes of action seeking monetary damages, each party shall identify and quantify in Attachment B, annexed hereto, each component of damages alleged; or, if not known, specify and indicate by what date Attachment B shall be filed providing such information.

**D.**   Motions:

1.      Upon the conclusion of non-expert discovery, and no later than the date provided below, the parties may file dispositive motions. The parties shall agree to a schedule and promptly submit same for the Court's approval, providing for no more than three rounds of serving and filing papers: supporting affidavits and briefs, opposing affidavits and briefs, and reply affidavits and briefs.

2.      The last day for filing a letter, pursuant to Rule III.A.2 of the Court's Individual Practices, requesting a premotion conference in order to file dispositive motions shall be 11/14/23.

    a.      There shall be no cross-motions. Any motions not made by the agreed date shall, unless the Court orders otherwise, not be considered until after the timely-filed motion is determined.

    b.      Papers served and filed by the parties shall conform to the requirements set out in the Court's Individual Practices.

**E.**   Any request for relief from a date provided in this Case Management Plan shall conform to the Court's Individual Practices and include an order, showing consents and disagreements of all counsel, setting out all dates that are likely to be affected by the

granting of the relief requested, and proposed modified dates. Unless and until the Court approves the proposed order, the dates provided in this Plan shall be binding.

**F.**     Pre-Trial Motions:

1.     Applications for adjournments and for discovery or procedural rulings will reflect or contain the positions of all parties, as provided by the Court's Individual Rules, and are not to modify or delay the conduct of discovery or the schedules provided in this Case Management Plan except upon leave of the Court.

**SO ORDERED.**

Dated:  Brooklyn, New York
         January 18, 2023

*Brian M. Cogan*
_____
U.S.D.J.

## ATTACHMENT A

**The Parties are to list the discovery activities (i.e., production of documents, number of depositions, requests to admit, interrogatories) and anticipated completion dates:**

| DISCOVERY ACTIVITIES | COMPLETION DATE |
|---|---|
| **1. Requests for production of documents** | First Requests for Production of documents be served on or before 2/1/2023 and responded to on or before 3/1/2023. |
| **2. Interrogatories** | First Interrogatories be served on or before 2/1/2023 and responded to on or before 3/1/2023. |
| **Good Faith Meet and Confer** | The parties meet and confer, if necessary, regarding the responses to interrogatories and document requests on or before 3/15/2023. |
| **Amendment of Responses to Interrogatories and/or Document Requests, as necessary** | Amended Responses to Interrogatories and Document Requests be served, if necessary, on or before 4/1/2023. |

| | |
|---|---|
| **Deadline to raise discovery issues with the Court Regarding Initial Discovery Requests** | Discovery disputes concerning compliance with First Interrogatories and Requests for Production of Documents be raised with the Court or before 4/15/2023. |
| **3. Requests to admit, Supplemental Requests for Production of Documents and Supplemental Interrogatories** | 8/1/2023. |
| **4. Depositions** | 9/30/2023 for the completion of all depositions. |
| **5.** | |
| **6.** | |

| | |
|---|---|
| 7. | |
| 8. | |
| 9. | |
| 10. | |